IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYCK, LLC, | ) |
| | ) Case No.: 13-cv-3829 |
| Plaintiff, | ) |
| | ) Judge Milton I. Shadur |
| v. | ) |
| | ) Magistrate Judge Arlander Keys |
| DOES 1-109 | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## OF CERTAIN DOE DEFENDANTS

Plaintiff, TCYK, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 67.186.120.56 (Doe No. 106) and 24.12.176.69 (Doe No. 94). Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: November 11, 2013          TCYK, LLC

By:  s/Michael A. Hierl
     Michael A. Hierl (Bar No. 3128021)
     Todd S. Parkhurst (Bar No. 2145456)
     Hughes Socol Piers Resnick & Dym, Ltd.
     Three First National Plaza
     70 W. Madison Street, Suite 4000
     Chicago, Illinois 60602
     (312) 580-0100 Telephone
     (312) 580-1994 Facsimile
     mhierl@hsplegal.com
     Attorneys for Plaintiff
     TCYK, LLC

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Certain Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 11, 2013.

                                                                                       s/Michael A. Hierl